TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00032-CR







George Alford Heidleberg, Jr., Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF DALLAS COUNTY, 265TH JUDICIAL DISTRICT


NO. F-0155561-IR, HONORABLE KEITH T. DEAN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Ms. Scala D. Byers, is ordered to tender a brief in this cause no later than June 18, 2003. 
No further extension of time will be granted.

It is ordered June 12, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Puryear

Do Not Publish